USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 6 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Nelson Gustavo Colon-Torrez,

Defendant.

12-cr-844 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Defense counsel has notified the Court that Defendant is ready to admit to the violation of Supervised Release specifications currently pending against him and then proceed to sentencing. Accordingly, the Court schedules a proceeding in this matter for April 27, 2020 at 12:45 p.m.

SO ORDERED.

Dated: March 13, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge