UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2020

---

United States of America,

–v–

Nelson Gustavo Colon-Torrez,

        Defendant.

12-cr-844 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court hereby re-schedules the VOSR proceeding currently scheduled for April 27, 2020 to April 14, 2020 at 11:00 a.m. The proceeding will be by teleconference.

At 11:00 a.m. on April 14, 2020, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 9196964, followed by the pound (#) key.

The parties are hereby ordered to meet and confer regarding whether the Defendant will be sentenced at the upcoming proceeding. If the Defendant does want to be sentenced, he should submit his sentencing submission, if any, no later than 11:59 p.m. on April 10, 2020. The Government's sentencing submission, if any, would then be due no later than 11:59 p.m. on April 13, 2020.

    SO ORDERED.

Dated: April  9 , 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge