USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| - v. - | : **ORDER** |
| NELSON GUSTAVO COLON-TORREZ, a/k/a "Nelson Colon," a/k/a "Gustavo," | : 12 Cr. 844 (AJN) : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - X

WHEREAS, on or about November 21, 2017, the defendant was charged in a single specification with violating his supervised release in the above captioned matter; and

WHEREAS, at a telephone conference on or about November April 14, 2020, the defendant pleaded guilty to the specification, and a control date for sentencing was scheduled for August 26, 2020; and

WHEREAS, the defendant is presently detained pursuant to his conviction and sentence in the Southern District of Florida in *United States v. Nelson Gustavo Colon-Torres*, 17 Cr. 20817 (SDFL) (the "SDFL Matter");

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The defendant shall be released in this matter pending sentencing subject to the following conditions:

    a. The defendant shall execute a $100,000 personal recognizance bond.

2

    b. The bond shall be co-signed by one financially responsible individual.

    c. Upon release, the defendant shall reside in his sister's house in the Southern District of Florida.

    d. The defendant's travel will be restricted to the Southern District of Florida and the Southern District of New York for court appearances, as well as any points in between necessary for travel to court.

    e. The defendant shall surrender any travel documents to the extent not already surrendered, and shall apply for no new travel documents.

    f. The defendant shall be subject to regular supervision by Pretrial Services the Probation Department in the Southern District of Florida.

2. The defendant shall not be released until (i) his attorney signs the bond on his behalf; and (ii) a co-signer has signed the bond on his behalf, as required by section 1(b) above. Within 48 hours of his release, the defendant shall personally sign the bond.

3

3. Nothing in this Order is intended to impact the status of the defendant's term of imprisonment in the SDFL Matter. Rather, the release contemplated in paragraphs (1) and (2) above is only effective if and when the defendant's period of imprisonment in the SDFL Matter expires.

Dated:   New York, New York
         April 21, 2020

_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE