UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2020
```

United States of America,

–v–

Nelson Gustavo Colon-Torrez,

Defendant.

12-cr-844 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Court staff have made several attempts to coordinate with the Bureau of Prisons to ascertain the technology available for Defendant to participate in a sentencing hearing by videoconference and to arrange a test videoconference with the Court. Those attempts have been unsuccessful. The Government is ordered to communicate with the Bureau of Prisons and file a status report by September 29, 2020.

    SO ORDERED.

Dated: September 23, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge