UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020

United States of America,

–v–

Nelson Gustavo Colon-Torres,

Defendant.

12-cr-844 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A sentencing hearing in this matter is hereby scheduled for October 28, 2020, at 1:00 p.m. The sentencing will proceed by videoconference using the CourtCall platform. The Court will issue a scheduling order with more information about using the CourtCall platform before the hearing.

The Defendant's sentencing submission is due October 23, 2020. The Government's sentencing submission is due October 26, 2020.

SO ORDERED.

Dated: October 20, 2020
       New York, New York

ALISON J. NATHAN
United States District Judge