```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020
```

April 8, 2020 P.M.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

-v-

NELSON GUSTAVO COLON TORRES,

                Defendant.
-------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT VOSR PROCEEDING**

12 -CR- 00844    (AJN)

**Check Proceeding that Applies**

✓    Admit to VOSR Specification(s)

I am aware that I have been charged with violating my conditions of Supervised Release. I have consulted with my attorney about those specifications. I have decided that I wish to admit to certain specifications. I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to admit to the specifications and to have my attorney beside me as I do. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I have discussed these issues with my attorney. By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to admit to the specifications. By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I admit to the specifications so long as the following conditions are met. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

_Nelson Colon Torres_                     _[signature]_
Print Name                                           Signature of Defendant

Date: _4-13-2020_

____ Sentence

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I do not wish to wait until the end of this emergency to be sentenced. I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence. By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in

the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

_Nelson Colón Torres_       _/s/ Nelson Colón_
Print Name                  Signature of Defendant

Date: 4-13-2020

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

_Jose L. Ongay_             _/s/ Jose L. Ongay_
Print Name                  Signature of Defense Counsel

Date: 4/13/2020

**Addendum for a defendant who requires services of an interpreter:**

Jose Luis Ongay, Defendant's Counsel, discussed this document and the issues contained in it with the defendant. Counsel translated the document in full to the Defendant, before the defendant signed it. Counsel speaks, reads, and writes Spanish and English.

_/s/ Jose L. Ongay_
Signature of Defense Counsel

Date: 4/13/2020

Accepted: _/s/ Alison J. Nathan_
Signature of Judge

Date: October 28, 2020